# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

DUSTIN J. JOHNSON,

       Petitioner,

   v.

PETER HUIBRESTSE,
Wisconsin Secure Program Facility,

       Respondent.

**JUDGMENT IN A CIVIL CASE**

Case No.:   07-cv-674-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Petitioner's petition for a writ of habeas corpus is DENIED.

JOEL TURNER
_____
**Joel Turner, Acting Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

7/8/08
_____
Date