IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DUSTIN JOHNSON,

                Petitioner,                          ORDER

      v.                                      3:07-cv-0674-bbc

PETER HUIBREGTSE, Warden,
Wisconsin Secure Program Facility,

                Respondent.

---

      Petitioner Dustin Johnson has filed a notice of appeal and a motion for a certificate of appealability from this court's July 8, 2008 judgment dismissing his petition for a writ of habeas corpus. To proceed further, petitioner must either pay the $455 appellate filing fee to this court or complete and submit the attached affidavit of indigency. Once petitioner has submitted either the filing fee or the affidavit of indigency, I will consider his request for a certificate of appealability and, if necessary, his request to proceed *in forma pauperis* on appeal.

      Entered this 19th day of August, 2008.

                                          BY THE COURT:

                                          /s/

                                          BARBARA B. CRABB
                                          District Judge